■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GRADY COLEMAN, Appellant.—Judgment unanimously affirmed. Memorandum: The evidence is sufficient to establish defendant's intent permanently to deprive the victim of the car and the money contained therein. Further, the court did not abuse its discretion in sentencing defendant as a persistent violent felony offender to 15 years to life. (Appeal from judgment of Erie County Court, D'Amico, J.—robbery, first degree.) Present—Callahan, J. P., Doerr, Denman, Lawton and Davis, JJ.